IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ANTHONY W. JONES, II
Plaintiff

v.

Case: 1:23-cv-02757
Assigned To : Unassigned
Assign. Date : 8/31/2023
Description: FOIA/Privacy Act (I-DECK)

FEDERAL BUREAU OF INVESTIGATION, D.O.J.
Defendant

COMPLAINT

---

Mr. Anthony W. Jones, II
Pro Se Plaintiff
P.O. Box 2000
Joint Base MDL, NJ 08640



RECEIVED
Mail Room
AUG 3 1 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

I. Parties

Plaintiff:

Name: ANTHONY W. JONES, II
ID Number: 69850-066
Current Institution: F.C.I. Fort Dix
Address: P.O. Box 2000
         Joint Base MDL, NJ 08640

Defendant:

Name: FEDERAL BUREAU OF INVESTIGATION, D.O.J.
      Records/Information Dissemination Section
      Information Management Division
Address: 170 Marcel Drive
         Winchester, VA 22602-4843

II. Facts

On April 24, 2023 Plaintiff (herin after "Mr. Jones") did send a Freedom of Information/Privacy Act request to the Defendant (herein after "FBI") requesting all documents contained in case files labeled 31E-PH-4935801 and 31E-PH-2117217. See Exhibit A-Copy of original F.O.I.P.A. Request. This request was signed for as recieved via certified mail on April 28, 2023.

On or about June 30, Mr. Jones did receive a letter dated June 28, 2023 from the FBI stating that his F.O.I.P.A. request was denied based on statutory exemption 5 U.S.C. §552(b)(7)(A), which states "records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information...could reasonably be expected to interfere with enforcement proceedings" are exempt from disclosure. See Exhibit B-Copy of FBI letter of denial.

On July 5, 2023, Mr. Jones did file an administrative appeal to the Office of Information Policy. See Exhibit C-Copy of Appeal

2

In which this appeal was signed for as recieved on July 14, 2023 by the Office of Information Policy.

On or about July 28, 2023, the Plaintiff did receive a letter dated July 26, 2023 from the Office of Information Policy affirming the decision of the FBI to deny the initial F.O.I.P.A. request. See Exhibit D-Copy of OIP letter. As it stands both parties have complied with timing requirements of the F.O.I.P.A..

On or about April 5, 2017, the FBI did open case file 31E-PH-31E-PH-2117217 and titled the file "D'Kyle Bridges and Kristian Jones Sex Trafficking of Minors."

On February 21, 2023 both Kristian Jones and D'Kyle Bridges' convictions for Sex Trafficking minors and adults by force, fraud, and coercion in violation of 18 U.S.C. §1591 were finalized by the denial of a Writ of Certiorari by the Supreme Court. See Exhibit E-Copy of Court Opinions denying writ.

Prior to the opening of the case file Special Agents working in Essington, PA recovered and interviewed minor victims of Jones and Bridges and memorialized the fruits of this investigation in case file 31E-PH-4935801. Agents continued to use this file until the opening of the 2117217 file.

On November 4, 2018 the Plaintiff was arrested and charged with conspiracy to commit sex trafficking and sex trafficking of minors and adults by force.

During the pre-trial/discovery stages of the case the plaintiff noticed that documents came from 2 different case file numbers. However the majority of the records even those that

were dated prior to April 2017 were labeled under the case file 2117217.

The FBI did use two different case files as a means to withhold and suppress exculpatory evidence.

III. Claims

1. The FBI's decision to withhold the requested records under the guise of likelihood of interference with enforcement proceedings if released is in violation of the F.O.I.P.A. because the FBI cannot point to any future or potential proceedings against the subjects of the requested files--the Plaintiff, Kristian Jones, or D'kyle Bridges.

2. The FBI cannot claim §552(b)(7)(a) exemption as a means to cover its own official misconduct. As a citizen of the United States of America the Plaintiff has a right to the requested information under both the F.O.I.P.A. and the 5th and 14th Amendment of the United States Constitution.

3. The denial by the FBI and the affirming of the denial by the OIP constitute a final agency decision reviewable by this Court.

IV. Requested Reilef

The Plaintiff request this Court to issue an Order requiring the FBI to release the requested information.

Pursuant to 28 U.S.C. 1746(2), the Plaintiff, Anthony W. Jones, II, hereby declares under the penalty of perjury that all of the foregoing statements are true and correct. Executed on this 28th day of August in the Year of our Lord 2023.

Signed: _____
Anthony W. Jones, II
Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have cause a true copy of this Complaint and Appendix to be served via First Class U.S. Mail by delivery to the proper prison officials for forwarding to the following party:

Clerk of the Court
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Room 1225
Washington, DC 20001

On this 28th day of August in the Year of our Lord 2023.

Signed: _____
Anthony W. Jones, II
Pro Se Plaintiff

5